Louisa Sayles, deceased, against Charles Oster and another. No opinion. Motion to dismiss appeal denied, without costs. See, also, 125 N. Y. Supp. infra.

SAYLES, Appellant, v. OSTER et al., Respondents. (Supreme Court, Appellate Division. Fourth Department. October 21, 1910.) Action by Burton E. Sayles, as executor, etc., against Charles Oster and another. No opinion. Order requiring plaintiff to pay costs of former litigation reversed, and motion denied. Order requiring plaintiff to give security for costs in this action affirmed without costs to either party. See, also, 125 N. Y. Supp. 1142, infra.

SAYLES, Appellant, v. OSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Burton E. Sayles, as executor, etc., against Charles Oster and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. See, also, 125 N. Y. Supp. 1142, supra.

SCHEER, Appellant, v. MARKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Abraham Scheer against Herman Markowitz. J. Manheim, for appellant. G. R. Bristor, for respondent. No opinion. Order setting aside verdict affirmed, with costs. Order filed.

SCHILDGE, Respondent, v. S. LIEBMAN'S SONS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by W. John Schildge against the S. Liebman's Sons Brewing Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that plaintiff did not show absence of contributory negligence.

SCHMEELEKE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Christina Schmeeleke, as administratrix, etc., against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHMITZ, Respondent, v. PROSER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Val M. Schmitz against Charles Proser, sued herein as "John Doe," and another. No opinion. Motion for stay denied.

In re SCHOOL SITE AT SOUTHEASTERLY CORNER OF SUMPTER ST. AND ROCKAWAY AVE. IN BOROUGH OF BROOKLYN. In re HAAS. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) In the matter of school site at southeasterly corner of Sumpter street and Rockaway avenue in borough of Brooklyn, city of New York. In the matter of Joseph Haas. No opinions. Motions granted, and Thomas J. Surpless named as referee. Settle order before Mr. Justice JENKS.

SCHURER et al. v. KOHN et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by John A. Schurer and others against Harry N. Kohn and others. No opinion. Application denied, with $10 costs. Order signed.

SCHURER et al. v. KOHN et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by John A. Schurer and others against Harry N. Kohn and others. No opinion. Motion denied, with $10 costs. Order filed.

SCHUTZ, Respondent, v. GREIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Peter Schutz against Jacob W. Greis and another. No opinion. Judgment affirmed, with costs.

SCHWARTZ v. PHILLIPS. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Harry Schwartz against Harry Phillips, impleaded with others. No opinion. Motion to dismiss appeal denied without costs. Order filed.

SCHWARTZ CAFÉ, Respondent, v. GERSTENFELD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by the Schwartz Café against Leon Gerstenfeld. No opinion. Judgment of the Municipal Court affirmed, with costs.

SEATON, Respondent, v. GARRISON, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Mollie O'H. Seaton against William G. Garrison. S. C. Carlton, for appellant. E. Schultze, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SEEMAN et al. v. LEVINE et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Joseph Seeman and others against Louis Levine and others. No opinion. Motion granted. Question certified. Order filed. See, also, 125 N. Y. Supp. 184.

SEGGERBRUCH v. DIEFFENBACH et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Jane C. Seggerbruch, individually, etc., against Richard G. P. Dieffenbach and others. No opinion. Motion to dismiss appeal as to respondents Diffenbach, Maier, and Gilbert granted, with $10 costs. Order filed.

SEIT, Respondent, v. COLUMBIA OUTFITTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Ida Seit against the Columbia Outfitting Company. No opinion. Judgment of the Municipal Court affirmed, with costs.